**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DEBRA HUNT, )<br>)<br>    Plaintiff, )<br>) | |
| vs. ) | Court No.   1:19-cv-00550<br>Honorable Judge Charles R. Norgle<br>Magistrate Judge Sheila M. Finnegan |
| ARAMARK FACILITY SERVICES, INC. )<br>)<br>    Defendant. ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

    The Parties, by and through their respective undersigned counsel, having agreed to resolve their dispute hereby stipulate that all claims asserted in the above-captioned action shall be dismissed with prejudice, pursuant to the settlement agreement, each party to pay their own costs and attorney's fees.

Dated: July 9, 2020

| | |
|---|---|
| **Debra Hunt** | **Aramark Healthcare Support Services, LLC (incorrectly sued as Aramark Facility Services, Inc.)** |
| By:  */s/ Michael A. Moore (with consent)*<br>Michael A. Moore<br>David Scott Petrich<br>Sandman, Levy & Petrich, LLC<br>134 North LaSalle Street, 9th Floor<br>Chicago, IL 60602<br>Phone: 312/726-1692<br>Fax: 312/726-1687<br>mmoore@slplaw.com<br>dpetrich@slplaw.com | By:  */s/ Craig M. Derrig*<br>Craig M. Derrig<br>Keith K. Ybanez<br>WOOD SMITH HENNING & BERMAN, LLP<br>222 South Riverside Plaza, Suite 640<br>Chicago, IL 60601<br>312-766-4450 (p)<br>312-766-4451 (f)<br>cderrig@wshblaw.com<br>kybanez@wshblaw.com |